PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Izaiyah Grissom

**Docket Number:** 05-00869-001
**PACTS Number:** 39437

**Name of Sentencing Judicial Officer:** Honorable Katherine S. Hayden, U.S.D.J.

**Date of Original Sentence:** 05/29/2007

**Original Offense:** Conspiracy to Commit Murder in Aide of Racketeering

**Original Sentence:** 75 months imprisonment; 5 years supervised release; $1,500 fine; $100 special assessment. Special conditions: 1) drug and alcohol testing/treatment; 2) financial disclosure; 3) no gang association; and 4) DNA collection.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 10/30/2009

**Assistant U.S. Attorney:** Serina Vash, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Roy Greenman, Esq. (Appointed), 1379 Morris Avenue, Union, New Jersey 07083, (908) 688-6444

---

## PETITIONING THE COURT

[X]  To issue a warrant to act as a detainer
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On January 20, 2010, Grissom was arrested by Newark, New Jersey Police Department and charged with multiple drug offenses relating to the possession and distribution of cocaine and marijuana. The case is pending disposition within New Jersey Superior Court, Essex County. |

PROB 12C - Page 2
Izaiyah Grissom

2       The offender has violated the supervision condition which states 'The defendant
        is to refrain from associating with, or being in the company of, any members
        of the Bloods street gang, or members of any other street gang. The
        defendant shall be restricted from frequenting any location where the
        Bloods street gang members are known to congregate or meet; shall not
        wear, display, use, or possess any insignia, emblem, logo, jewelry, cap, hat,
        bandana, shoelace, or any article of clothing which has any Bloods
        significance or is evidence of affiliation with, or membership in the Bloods
        street gang.'

        Since commencing supervision in October 2009, Grissom associated with Al-
        Jenon Wallace, a co-defendant from the instant offense who is as member of the
        Double II Bloods street gang.

3       The offender has violated the supervision condition which states 'The defendant
        shall refrain from the illegal possession and/or use of drugs and shall submit
        to urinalysis or other forms of testing to ensure compliance.  It is further
        ordered that the defendant shall submit to drug treatment, on an outpatient
        or inpatient basis, as directed by the U.S. Probation Office.  The defendant
        shall abide by the rules of any program and shall remain in treatment until
        satisfactorily discharged with the approval of the U.S. Probation Office.'

        On January 12, 2010, Grissom submitted a urine specimen which tested positive
        for methylenedioxymethamphetamine (MDMA), a drug known as Ecstasy.

                    I declare under penalty of perjury that the foregoing is true and correct.

                                        By:  JOSEPH EMPIRIO
                                        U.S. Probation Officer

                                        Date:  1/22/10

---

THE COURT ORDERS:

[X]  The Issuance of a Warrant to Act as a Detainer in Essex County and Bail Revoked.
[ ]  The Issuance of a Summons.  Date of Hearing: _____.
[ ]  No Action
[ ]  Other

                                        _____
                                        Signature of Judicial Officer

                                        _____
                                        Date