UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Katharine S. Hayden
                            :
        v.                  :    Crim. No. 05-869
                            :
IZAIYAH GRISSOM             :    O R D E R


This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Izaiyah Grissom (Kevin Carlucci, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on May 29, 2007; and the defendant having entered a guilty plea on April 8, 2011 to having violated Condition No. 1, which required that he not commit another federal, state, or local crime during the term of supervision; and for good cause shown;

IT IS on this 13th day of April, 2011,

ORDERED that the defendant is adjudged guilty of having violated Condition No. 1 of his supervised release, which required that he not commit another federal, state, or local crime during the term of supervision;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of 44 months, in anticipation that 14 months will be deducted from that sentence as a result of the time defendant spent incarcerated pending the adjudication of the underlying offense;

IT IS FURTHER ORDERED that Violation Nos. 2 and 3 of the Petition filed on January 25, 2010, are hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

/s/ Katharine S. Hadyen
KATHARINE S. HAYDEN
United States District Judge